IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–00125–EWN–MJW

JAMES LEE, M.D., an individual; *et al.*,

    Plaintiffs,

v.

BANNER HEALTH, an Arizona Non-Profit Corporation; *et al.*,

    Defendants.

---

## MINUTE ORDER

---

EDWARD W. NOTTINGHAM, Judge
Stacy L. Steinbrecher, Secretary

"Plaintiffs' Motion for Leave to File Sur-Reply..." filed June 24, 2005 is GRANTED.

Dated: June 27, 2005